IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02919-RMR-NRN

JOHN MEGGS, et al.

    Plaintiffs,

vs.

CWC INCOME PROPERTIES 5, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

_____
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

_____
Lyndsay Ressler, Esq.
Ressler Law
30 East Kiowa Street, Suite 101
Colorado Springs, CO 80903
Phone (719) 578-0200
Fax (719) 578-1171
lressler@resslerlawfirm.com
*Attorney for Defendant*

Dated: May 31, 2022